# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2016

Robert P. Young, Jr.,
Chief Justice

151292(95)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

LAKELAND HOSPITALS AT NILES
AND ST. JOSEPH, INC.,
        Plaintiff-Appellee,

v

        SC: 151292
        COA: 318440
        Berrien CC: 12-000067-NF

AUTO-OWNERS INSURANCE
COMPANY,
        Defendant-Appellant,

and

HOME-OWNERS INSURANCE
COMPANY,
        Defendant.

_____/

On order of the Court, the motion for reconsideration of this Court's November 25, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2016

p0229

Clerk